IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS COLOM, | No. C-14-2410 MMC |
|     Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF SPECIFIED FILINGS** |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | |
|     Defendant. / | |

On June 2, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, defendants are hereby DIRECTED to submit forthwith a chambers copy of (a) the notice of removal, filed May 23, 2014, and (b) the motion to dismiss and request for judicial notice, filed May 30, 2014.

**IT IS SO ORDERED.**

Dated: June 13, 2014

                                                    MAXINE M. CHESNEY
                                                  United States District Judge