IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS COLOM,

         Plaintiff,

  v.

WELLS FARGO HOME MORTGAGE, INC.,

         Defendant.

                                                      /

No. C-14-2410 MMC

**ORDER SETTING DEADLINE FOR DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**

      By order filed July 28, 2014, the Court referred the above-titled action to the Alternative Dispute Resolution Unit ("ADR Unit") for a telephone conference to assess its suitability for mediation, and, pending said assessment, stayed the deadline for defendant to file a response to plaintiff's First Amended Complaint.

      On August 7, 2014, the ADR Unit conducted the conference, and, based on the ADR Unit's assessment, the Court will not refer the parties to ADR at this time and will consider the matter further at the Case Management Conference.

      Accordingly, the Court hereby SETS August 25, 2014 as the deadline for defendant to file a response to the First Amended Complaint.

      **IT IS SO ORDERED.**

Dated: August 11, 2014

                                                MAXINE M. CHESNEY
                                                United States District Judge