United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LUIS COLOM,                                No. C-14-2410 MMC

                                               **ORDER CONTINUING CASE**
12              Plaintiff,                      **MANAGEMENT CONFERENCE**
        v.
13
     WELLS FARGO HOME MORTGAGE, INC.,
14
                Defendant.
15                                                        /

16
            Before the Court is the parties' Joint Case Management Statement, filed September
17
     16, 2014, in which the parties request the Case Management Conference be continued for
18
     a period of 90 to 120 days, in light of defendant's pending motion to dismiss.
19
            Good cause appearing, the Case Management Conference is hereby CONTINUED
20
     from September 26, 2014 to January 16, 2015, at 10:30 a.m.  A Joint Case Management
21
     Statement shall be filed no later than January 9, 2015.
22
            **IT IS SO ORDERED.**
23

24
     Dated:  September 22, 2014
25                                              MAXINE M. CHESNEY
                                                United States District Judge
26

27

28