IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS COLOM, | No. C-14-2410 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | |
| Defendant. | |

Before the Court is defendant's "Motion to Dismiss Complaint," filed August 22, 2014. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for September 26, 2014.

**IT IS SO ORDERED.**

Dated: September 23, 2014

MAXINE M. CHESNEY
United States District Judge