**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS COLOM, | No. C-14-2410 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | |
| Defendant. | |

By order filed October 20, 2014, the Court dismissed plaintiff Luis Colom's First Amended Complaint, with leave to amend no later than November 7, 2014. Plaintiff has not filed a Second Amended Complaint within the time provided.

Accordingly, the above-titled action is hereby DISMISSED, without further leave to amend. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 12, 2014

MAXINE M. CHESNEY
United States District Judge